UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL JONES,<br><br>            Plaintiff,<br><br>    v.<br><br>T. LEMON, et al.,<br><br>            Defendants. | Case No. 22-cv-07202-SVK<br><br>**ORDER OF DISMISSAL; GRANTING MOTION TO DISMISS**<br><br>Re: Dkt. No. 27 |

This is a civil rights action filed under 42 U.S.C. § 1983. On August 29, 2023, mail sent to Plaintiff was returned by the postal service as undeliverable because plaintiff was no longer at the address he had provided to the court. Under Local Rule 3-11(b), parties must keep the court informed of their current mailing address, and the failure to do so within sixty days of the return of mail as undeliverable will result in dismissal of their case or motion without prejudice. More than sixty days have elapsed since the return of his mail, and plaintiff has not updated his address. Accordingly, this case is DISMISSED without prejudice, and defendants' motion to dismiss the case under Local Rule 3-11 is GRANTED. Plaintiff may re-file his complaint in a new case, provided he maintains an updated address and complies with the local rules.

The Clerk shall enter judgment and close the file. This order resolves docket number 27.

**SO ORDERED.**

Dated: November 17, 2023

_____
Susan van Keulen
United States Magistrate Judge